36 1402USDC-ORP

UNDER SEAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00434-AN |
| **v.** | **INDICTMENT** |
| **KENNETH OTIS HAMILTON;**<br>**GUS WAYNE ROUSE JR.;** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846;**<br>**18 U.S.C. § 2** |
| **Defendants.** | **Forfeiture Allegations** |
| | <u>**UNDER SEAL**</u> |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)**

Beginning on a date unknown and continuing until on or about October 15, 2026, in the District of Oregon, defendants **KENNETH OTIS HAMILTON, GUS WAYNE ROUSE JR.**, and other unnamed conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons whose identities are known and unknown to the Grand Jury to commit the following objects in violation of Title 21, United States Code, Section 846:

////

////

**Objects of the Conspiracy**

A. **Possession with Intent to Distribute Cocaine**: The conspirators agreed to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

B. **Distribution of Cocaine**: The conspirators agreed to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

C. **Possession with Intent to Distribute Marijuana**: The conspirators agreed to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

D. **Distribution of Marijuana**: The conspirators agreed to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**Manner and Means**

It was part of this conspiracy for certain of the defendants and others to store, transport, and conceal controlled substances.

It was part of this conspiracy for certain of the defendants and others to utilize telephones and cellular telephones to further the possession and distribution of controlled substances, and to use coded language to communicate with each other in the course of the conspiracy.

It was part of this conspiracy for certain of the defendants and others to process, store, weigh, and package-controlled substances for distribution.

It was part of this conspiracy to use and maintain motor vehicles to transport controlled substances, money, co-conspirators, to facilitate drug transactions, and employ counter-surveillance methods while driving or during the conduct of transactions, in the course of possessing with intent to distribute and distributing controlled substances.

In furtherance of this conspiracy, and to effect and accomplish its objectives, the defendants and other co-conspirators committed one or more of the following overt acts:

**Overt Acts**

All factual allegations set forth in Count 2 and 3 of this Indictment are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy alleged in Count 1.

**COUNT 2**
**(Unlawful Distribution of Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)**

On or about September 2, 2026, in the District of Oregon, defendants **KENNETH OTIS HAMILTON** and **GUS WAYNE ROUSE JR.**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 3**
**(Unlawful Distribution of Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)**

On or about September 9, 2026, in the District of Oregon, defendants **KENNETH OTIS HAMILTON** and **GUS WAYNE ROUSE JR.**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

Upon conviction of any offense in Counts 1-3 defendants **KENNETH OTIS HAMILTON** and **GUS WAYNE ROUSE JR.**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney